IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>TAGGART BOYD,<br><br>　　　　　　Respondent. | 8:21CV121<br><br>**ORDER** |

　　　IT IS ORDERED that Petitioner's "Petition for Permission to Appeal" (Filing 17), construed as a motion, is denied. This matter is already pending on appeal before the Eighth Circuit Court of Appeals.

　　　Dated this 7th day of September, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge